**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK (SKAT) TAX
REFUND SCHEME LITIGATION

This document relates to All Cases.

MASTER DOCKET

18-md-2865 (LAK)

### PLAINTIFF'S REPLY IN FURTHER SUPPORT OF ITS
### MOTION FOR ISSUANCE OF A REQUEST FOR INTERNATIONAL JUDICIAL
### <u>ASSISTANCE TO OBTAIN EVIDENCE (LETTERS ROGATORY)</u>

HUGHES HUBBARD & REED LLP
William R. Maguire
Marc A. Weinstein
Sarah L. Cave
John T. McGoey
One Battery Park Plaza
New York, New York 10004
(212) 837-6000

*Counsel for Plaintiff SKAT (Customs and*
*Tax Administration of the Kingdom of*
*Denmark)*

FILED UNDER SEAL



Dated: New York, New York
        January 4, 2018

HUGHES HUBBARD & REED LLP

By:

William R. Maguire
Marc A. Weinstein
Sarah L. Cave
John T. McGoey
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Fax:  (212) 422-4726
bill.maguire@hugheshubbard.com
marc.weinstein@hugheshubbard.com
sarah.cave@hugheshubbard.com
john.mcgoey@hugheshubbard.com

*Counsel for Plaintiff SKAT (Customs and Tax
Administration of the Kingdom of Denmark)*